# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA, for the use of and benefit of A&H CONTRACTING GROUP, LLC, d/b/a A&H Forensic Roofing,** <br> **Plaintiff,** <br><br> vs. <br><br> **LIBERTY MUTUAL INSURANCE COMPANY, and ZODIAC-POETTKER JOINT VENTURE LLC and TOTAL ROOFING CONCEPTS, LLC,** <br><br> **Defendants.** | **Case No. 5:19-CV-10** |

## STIPULATION EXTENDING TIME TO ANSWER

Upon the stipulation of the Plaintiff, the time within which Liberty Mutual Insurance Company and Zodiac-Poettker Joint Venture LLC may appear and answer is extended to and through April 17, 2019.

                                              Respectfully submitted,

                                              s/David A. Rose
                                              DAVID A. ROSE
                                              Georgia Bar No. 614180
                                              Attorney for Plaintiff

**ROSE CONSULTING LAW FIRM**
P. O. Box 2186
Valdosta, GA  31604
Telephone:  (678) 854-0222
Facsimile:   (678) 999-8532
Email:  drose@roseconsultingllc.org

                    s/John V. Burch
                    JOHN V. BURCH
                    Georgia Bar No. 094900
                    Attorney for Liberty Mutual Insurance
                    Company and Zodiac-Poettker Joint
                    Venture LLC

**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North
Suite 500
Atlanta, GA  30338-2680
Telephone:  (770) 391-9100
Facsimile:   (770) 668-0878

## **CERTIFICATE OF SERVICE**

I certify that, on this date, I electronically filed the foregoing **STIPULATION EXTENDING TIME TO ANSWER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David A. Rose, Esq.

This 9th day of April, 2019.

                                               s/John V. Burch
                                               JOHN V. BURCH

**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North
Suite 500
Atlanta, GA  30338-2680
Telephone:  (770) 391-9100
Facsimile:   (770) 668-0878